No. 438. UNITED STATES *v.* SINGER MANUFACTURING Co. Appeal from the United States District Court for the Southern District of New York. Probable jurisdic-

tion noted. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Robert B. Hummel* for the United States. *Edwin J. Wesely* and *Edward A. Miller* for appellee.